DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELLER-I.T.O. STEVEDORING COMPANY, LLC,**
Appellant,

v.

**BROWARD COUNTY BOARD OF COUNTY COMMISSIONERS** and **ANA LANIER,**
Appellees.

No. 4D20-2574

[July 29, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Robinson, Judge; L.T. Case No. 17-15139 CACE (13).

Cameron W. Eubanks and J. Michael Pennekamp of Fowler White Burnett, P.A., Miami, for appellant.

Robert W. Blanck and William B. Blanck of Blanck & Cooper, P.A., Miami, for appellee Broward County Board of County Commissioners.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***